RECEIVED

JUN 1 1 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| GREGORY WAYNE SMITH | CIVIL ACTION NO. 14-cv-0093 |
| VERSUS | JUDGE STAGG |
| STATE OF LOUISIANA, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Attorney General Caldwell's **Motion to Dismiss (Doc. 10)** is **granted** and all claims against Caldwell are **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that all remaining claims presented in the complaint are **dismissed** for failure to state a claim on which relief may be granted.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 10th day of June, 2014.

TOM STAGG
UNITED STATES DISTRICT JUDGE